**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| UNITED STATES OF AMERICA, |
| v. |
| DURGAPRASAD RAO, |
|     Defendant. |

Criminal No. 1:24-cr-10288

**ASSENTED-TO MOTION FOR WITHDRAWAL OF APPEARANCE OF GEORGE W. VIEN AND PIETRO A. CONTE**

Pursuant to L.R. 83.5.2(c), Attorneys George W. Vien and Pietro A. Conte move to withdraw their appearance as counsel for Durgaprasad Rao ("Mr. Rao") in the above-captioned case.  Attorney Vien is leaving the private practice of law, and the law firm of Donnelly, Conroy & Gelhaar, LLP will no longer be representing Mr. Rao.  Good cause exists to allow Attorneys Vien and Conte to withdraw their appearance, because co-counsel, Attorney Kevin Reddington, will remain as counsel for Mr. Rao.  The government assents to this motion.

Respectfully submitted,

*/s/ George W. Vien*
George W. Vien (BBO #547411)
Pietro A. Conte (BBO #707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617) 720-2880
gwv@dcglaw.com
pac@dcglaw.com

Dated: June 26, 2026

**<u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>**

I hereby certify that I attempted to confer with counsel for the government to attempt to resolve or narrow the issues contained in this motion.  The government assents to this motion.

*/s/ George W. Vien*
George W. Vien

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Pietro A. Conte*
Pietro A. Conte

2